Dismissed and Memorandum Opinion filed March 11, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00185-CR

____________

 

STEPHEN HORNE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause No. 1236092

 



 

MEMORANDUM
OPINION

Appellant entered a guilty plea to theft.  In accordance with
the terms of a plea bargain agreement with the State, the trial court sentenced
appellant on October 21, 2009, to deferred adjudication probation for two
years.  We dismiss the appeal.  

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s
certification is included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification. See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish C Tex. R. App. P. 47.2(b).